# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2013

## NO. 03-11-00890-CV

**Juan A. Tellez, Appellant**

**v.**

**Robin Allen Reid and Crete Carrier Corporation, Appellees**

## APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ROSE

**THIS CAUSE** having this day come to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction. **IT IS ACCORDINGLY** ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.